No. 80–1669. Moss *v.* LAWRENCE. C. A. 10th Cir. Motion of Society of Professional Journalists, Sigma Delta Chi, for leave to file a brief as *amicus curiae* granted. Certiorari denied.